PER CURIAM.
We affirm the revocation of appellant’s probation and the sentence imposed. See Johnson v. State, 667 So.2d 475 (Fla. 3d DCA 1996); McCloud v. State, 653 So.2d 453 (Fla. 3d DCA 1995); Anderson v. State, 624 So.2d 362 (Fla. 1st DCA 1993); Griffin v. State, 603 So.2d 48 (Fla. 1st DCA 1992); Harris v. State, 610 So.2d 36 (Fla. 2d DCA 1992); § 784.045(1)(a), Fla. Stat. (1995). We remand, however, for entry of a written order specifically listing the conditions of probation appellant was found to have violated, as no such order appears in the record. See, et., *1383 Bryant v. State, 686 So.2d 784 (Fla. 3d DCA 1997).
Affirmed, but remanded.